UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CIVIL ACTION NO. 21-292-DLB-HAI

JOHNNY MARION                                                      PLAINTIFF

v.            **ORDER ADOPTING REPORT AND RECOMMENDATION**

NURSE FRYMAN                                          DEFENDANT

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

This matter is before the Court upon the November 29, 2022, Report and Recommendation of United States Magistrate Hanly Ingram (Doc. # 26), wherein he recommends that Defendant's Motion for Summary Judgment (Doc. # 22) be granted.

Plaintiff has not filed objections to the Report and Recommendation, and the time for doing so has expired. The Court having reviewed the Report and Recommendation, finds that it is sound in all respects and will be adopted in full. Accordingly,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 26) is **ADOPTED** as the opinion of this Court;

(2) The Defendant's Motion for Summary Judgment (Doc. # 22) is **GRANTED**;

(3) A Judgment in favor of the Defendant shall be entered contemporaneously herewith.

1

This 21st day of December 2022.



Signed By:
*David L. Bunning*   DB
United States District Judge

L:\DATA\ORDERS\Lexington\2021\21-292 Order Adopting R&R.docx

2